UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. _1:25-mj-04141-Louis_____

UNITED STATES OF AMERICA

v.

HENRY ISAUL GARCIA-ANDRES,

Defendant.

_____/

FILED BY_____JP_____D.C.

**Oct 31, 2025**

ANGELA E. NOBLE
CLERK U.S. DIST. CT.
S. D. OF FLA. - Miami

## CRIMINAL COVER SHEET

1. Did this matter originate from a matter pending in the Central Region of the United States Attorney's Office prior to October 3, 2019 (Mag. Judge Jared M. Strauss)? No.

2. Did this matter involve the participation of or consultation with Magistrate Judge Eduardo I. Sanchez during his tenure at the U.S. Attorney's Office, which concluded on January 22, 2023? No.

3. Did this matter involve the participation of or consultation with Magistrate Judge Marty Fulgueira Elfenbein during her tenure at the U.S. Attorney's Office, which concluded on March 5, 2024? No.

4. Did this matter involve the participation of or consultation with Magistrate Judge Ellen F. D'Angelo during her tenure at the U.S. Attorney's Office, which concluded on October 7, 2024? No.

Respectfully Submitted,

JASON A. REDING QUIÑONES
UNITED STATES ATTORNEY

By:   /s/ *Brooke Elise Latta*
BROOKE ELISE LATTA
Assistant United States Attorney
Florida Bar No. 105315
99 NE 4th Street, 5th Floor
Miami, FL 33132
(305) 619-7484
Brooke.latta@usdoj.gov

AO 91 (Rev. 08/09) Criminal Complaint

# UNITED STATES DISTRICT COURT
### for the
### Southern District of Florida

| | |
|---|---|
| United States of America<br>v.<br><br>HENRY ISAUL GARCIA-ANDRES,<br><br><br>_____<br>*Defendant(s)* | )<br>)<br>)<br>)<br>)<br>)<br>)   Case No.   1:25-mj-04141-Louis |

## CRIMINAL COMPLAINT BY TELEPHONE OR OTHER RELIABLE ELECTRONIC MEANS

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the date(s) of _____September 14, 2025_____ in the counties of _____Miami-Dade_____ in the
_____Southern_____ District of _____Florida_____ , the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 18 U.S.C. § 111(a)(1)<br>18 U.S.C. § 1361 | Forcibly Assaulting a Federal Officer<br>Destruction of Government Property |

This criminal complaint is based on these facts:

See attached affidavit.

☑ Continued on the attached sheet.

_____
*Complainant's signature*

Eduardo Capo, Deportation Officer, ICE
*Printed name and title*

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1 by ___Face Time___

Date:   October 31, 2025

_____
*Judge's signature*

City and state:   _____Miami, Florida_____      Hon. Lauren F. Louis, United States Magistrate Judge
*Printed name and title*

## AFFIDAVIT IN SUPPORT OF CRIMINAL COMPLAINT

I, Deportation Officer Eduardo Capo, being duly sworn, hereby depose and state the following:

## INTRODUCTION AND AGENT BACKGROUND

1.      I am a federal law enforcement officer with the United States Department of Homeland Security (DHS), Immigration and Customs Enforcement (ICE), Enforcement and Removal Operations (ERO), since September 2009. I am currently assigned to the Miami Field Office, ERO Criminal Prosecutions Unit.  My current responsibilities include the investigation of criminal, civil, and administrative violations related to the Immigration and Nationality Act, and other federal criminal offenses contained in Title 8 and 18 of the United States Code.  During my 16 years of law enforcement experience, I have participated in numerous criminal and administrative immigration-related investigations.  I am an "investigative or law enforcement officer" within the meaning of 18 U.S.C. § 2510(7).

2.      This Affidavit is being submitted for the limited purpose of establishing probable cause in support of a criminal complaint charging **Henry Isaul Garica-Andres (GARCIA-ANDRES)** with violations of Title 18, United States Code, Section 111(a)(1) (Forcibly Assaulting a Federal Officer) and Title 18, United States Code, Section 1361 (Destruction of Government Property).

3.      The statements contained in this Affidavit are based on my personal knowledge, as well as information provided to me by other law enforcement officers and support personnel, and my review of the evidence.  Because this Affidavit is being submitted for the limited purpose of establishing probable cause for the requested complaint and arrest warrant, I have not included every fact known to law enforcement.

## PROBABLE CAUSE

4.      On or about September 14, 2025, ICE Deportation Officers attached to Fugitive Operations were conducting surveillance on "P.S.", a citizen and national of Guatemala, at the last known address of 940 Northwest 1st Avenue, Homestead, Florida.

5.      Officers observed a subject matching the description of P.S. entering a grey four sedan vehicle ("the sedan") that had arrived near the location. Officers conducted an investigatory vehicle stop on the sedan near 847 Northwest 2nd Street, Homestead, Florida. Upon the sedan stopping and with the activated emergency equipment, ICE Officers exited their U.S. Government vehicles and approached the sedan.

6.      At that moment, upon noticing ICE Officers, the driver of the sedan placed the vehicle into reverse, striking J.E.'s right leg. At the time J.E. was struck, J.E. was a federal officer performing an official duty.

7.      Further, when the driver of the sedan placed the vehicle into reverse and struck J.E.'s right leg, the driver also impacted three U.S. Government ICE vehicles in the process.

8.      The sedan then fled southbound on 2nd Avenue and entered the intersection at NW 2nd Avenue and 8th Street, Homestead, Florida. While traveling at a high rate of speed, the sedan collided with a black utility van upon entering the intersection. GARCIA-ANDRES exited the sedan from the driver's side and attempted to flee on foot with the other occupants. ICE Officers responded to the scene of the vehicle accident to render aid and ultimately apprehended GARCIA-ANDRES.

9.      A preliminary review of the damage to the three U.S. Government vehicles exceeds the sum of $1,000.

## CONCLUSION

10.     Based on the foregoing facts, I believe that probable cause exists that GARCIA-

ANDRES, a citizen and national of Guatemala, committed the offenses of Forcibly Assaulting a

Federal Officer, in violation of Title 18, United States Code, Section 111(a)(1) and Destruction of

Government Property, in violation of Title 18, United States Code, Section 1361.

FUTTHER AAFFINT SAYETH NAUGHT.

EDUARDO CAPO
ICE DEPORTATION OFFICER
IMMIGRATION AND CUSTOMS ENFORCEMENT

Attested to by the Applicant in accordance with the requirements of Fed.R.Crim.P. 4.1
by Face Time this __31st__ day of October 2025.

HONORABLE LAUREN F. LOUIS
UNITED STATES MAGISTRATE JUDGE

3